# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA M. GUIDO, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SWISS COLONY, LLC, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; and TRANSUNION LLC a foreign corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Civil Action No. 1:15-cv-00121-FJS-CFH<br><br>**PROPOSED ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF LISA M. GUIDO AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Plaintiff Lisa Guido and Experian shall each bear her or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 2, 2015

_____
Frederick J. Scullin, Jr.
Senior U. S. Distict Judge