**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LISA M. GUIDO, an individual,** | Case No.: 1:15-cv-00121-FJS-CFH |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **THE SWISS COLONY, LLC, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC., a foreign corporation; EXPERIAN INFOMRATION SOLUTIONS, INC., a foreign corporation; and TRANSUNION, LLC., a foreign corporation and DOES 1 through 10, inclusive** Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff LISA M. GUIDO hereby voluntarily dismisses her

claims, with prejudice, against Defendants, The Swiss Colony, LLC and Equifax

Information Services, LLC. There are no additional Defendants in this case.

RESPECTFULLY SUBMITTED,

By: /s/ L. Tegan Hurst
 L. Tegan Hurst
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Phone: (818) 205-2426
Fax: (818) 995-9277
Email: tegan@pricelawgroup.com

*Attorneys for Plaintiff,*
*Lisa M. Guido*

IT IS SO ORDERED:

_____

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:   October 15, 2015
          Syracuse, NY